RECEIVED

JUL 0 6 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

MARIO ANTON LEE (#21047-001)        DOCKET NO. 15-CV-1074, SEC. P

VERSUS                                JUDGE WALTER

WARDEN                                MAGISTRATE JUDGE KIRK

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the petition pursuant to 28 U.S.C. §2241 be **DISMISSED WITHOUT PREJUDICE** because the Court lacks jurisdiction to consider his claims.

**THUS DONE AND SIGNED**, at Shreveport, Louisiana, on this 5th day of July, 2015.

DONALD E. WALTER
UNITED STATES DISTRICT COURT JUDGE
WESTERN DISTRICT OF LOUISIANA